# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 26, 2010

139922

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

LARRY HODGES,
        Plaintiff-Appellant,

v

COLLINS EINHORN FARRELL &
ULANOFF, P.C., and the RENAISSANCE
CENTER
        Defendants-Appellees.

SC: 139922
COA: 292640
Wayne CC: 08-103334-NM

_____/

      On order of the Court, the application for leave to appeal the August 13, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 26, 2010

0222

_____
Clerk